UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BO GLENN NORLING,

           Petitioner,

v.

JEFFREY A. UTTECHT,

           Respondent.

CASE NO. C19-5697 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Petitioner's petition for habeas corpus, Dkt. 6, is **DISMISSED with prejudice**;

(3)    Petitioner's remaining motions, Dkts. 13, 14, are **DENIED as moot**;

(3)    A certificate of appealability is **DENIED**; and

(4)    The Clerk shall enter **JUDGMENT** and close this case.

Dated this 11th day of December, 2019.

                              BENJAMIN H. SETTLE
                              United States District Judge